Richard A. Hamar # 47952
Maria Rivas Hamar #152753
Hamar and Hamar
9454 Wilshire Blvd.
Penthouse
Beverly Hills, CA 90212
(310) 550-0460, (310) 550-0461 fax
richardhamar@aol.com

Attorneys for Defendant
AMARJIT KAUR

IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMARJIT KAUR,<br><br>Defendant.<br>_____ / | Case No. 3:02-CR-00157-MJJ<br><br>(Proposed)<br>**ORDER RE:**<br>**DEFENDANT AMARJID KAUR'S**<br>**MOTION TO TERMINATE**<br>**SUPERVISED RELEASE** |

The Court having considered the Motion for Termination of Supervised Release filed by the Defendant, Amarjit Kaur, and the Pleadings of the Government and the Probation Office,

IT IS HEREBY ORDERED AND AJDUDGED THAT:

The Defendant's Motion to Terminate Supervised Release is hereby granted and the Supervised Release is terminated as of the date of this Order.

Dated: 4/8/09

_____
Hon. Susan Illston
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I, Richard A. Hamar, do hereby certify that on April 7, 2009, a copy of the Proposed Order re: Motion to Terminate Supervised Release was sent by electronic mail to the persons hereinafter named:

Kyle Waldinger, Esq.
Assistant United States Attorney
11th Floor Federal Building
450 Golden Gate Ave.
Box 36055
San Francisco, CA 94102

Lillia Galvadores
United States Probation
Ronald Reagan Building
411 West Fourth Street
Suite 4170
Santa Ana, CA 92701

Courtesy copy to Chambers

Dated: April 7, 2009

/s/ Richard A. Hamar
_____
RICHARD A. HAMAR

- 2 -